An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

UBALDO URBINA MALDONADO,
Appellant,
vs.
DELIA ESTRADA ROBLES,
Respondent.

No. 61667

FILED

FEB 25 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a master's recommendations for findings of fact, conclusions of law, and decree of divorce. Second Judicial District Court, Family Court Division, Washoe County; Chuck Weller, Judge.

Our review of the record on appeal reveals a jurisdictional defect. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. Taylor Constr. Co. v. Hilton Hotels, 100 Nev. 207, 678 P.2d 1152 (1984). NRAP 3A(b)(1) allows an appeal to be taken from a final judgment. Here, the master's recommendations for findings of fact, conclusions of law, and decree of divorce are not a final judgment. The district court has not entered a written order adopting the master's recommendations. Therefore, no final, appealable divorce decree has been entered in the proceedings below. Accordingly, as we lack jurisdiction to consider this appeal, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-05853

cc: Hon. Chuck Weller, District Judge, Family Court Division
Ubaldo Urbina Maldonado
Delia Estrada Robles
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A